case; if he resettles it, application can then be made to this court to correct the record, and the terms upon which such correction should be made can be then considered. Settle order on notice. See, also, 164 App. Div. 934, 149 N. Y. Supp. 1090.

KELSO & CO., Respondents, v. ELLIS et al., Appellants. (Supreme Court, Appellate Division, First Department. November 19, 1915.) Action by Kelso & Co. against Charles H. Ellis, and another. Charles F. Dalton, of Port Chester (A. J. Ernest, of New York City, of counsel), for appellants. O. C. Sommerich, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 153 N. Y. Supp. 1122.

KINDGEN, Respondent, v. BOHANTY et al., Appellants. (Supreme Court, Appellate Division, First Department. December 3, 1915.) Action by William J. Kindgen, as receiver, against Antonio Bohanty and another. L. B. Treadwell, of New York City, for appellants. M. Schaap, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re KING. (Supreme Court, Appellate Division, First Department. November 5, 1915.) In the matter of Fannie King, deceased. PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. LAUGHLIN and DOWLING, JJ., dissent.

In re KINGS COUNTY TRUST CO. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) In the matter of the judicial settlement of the account of the Kings County Trust Company, as executor and trustee, etc., of Mary Elizabeth Lewis, deceased. No opinion. Motion to resettle order of June 17, 1915, granted; such order to be resettled on two days' notice before the Presiding Justice. See, also, 86 Misc. Rep. 176, 149 N. Y. Supp. 124.

KINSELLA v. IMPERIAL PROPERTY CO. et al. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Clinton W. Kinsella against the Imperial Property Company and others. No opinion. Motion granted, with $10 costs. Order filed.

KITTLE, Respondent, v. FLAGLER, Appellant. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Charles A. Kittle against John H. Flagler. Wollman & Wollman, of New York City, for appellant. A. A. Raphael, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re KLAUBER. (Supreme Court, Appellate Division, First Department. November 5, 1915.) In the matter of David Klauber, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KLEIN, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1915.) Action by Sussman Klein against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Motion for reargument granted, and case set down for Wednesday, November 3, 1915. See, also, 154 N. Y. Supp. 1129.

KLEIN v. MARAVELAS et al. (Supreme Court, Appellate Division, Second Department. November 1, 1915.) In the matter of proceedings supplementary to execution, etc. Action by David Klein against Sirrontis Maravelas and others, wherein Peter Maravelas appeals. PER CURIAM. Orders of the County Court of Kings County reversed, with $10 costs and disbursements, and motion denied, with $10 costs, upon the ground that relief under section 44 of the Personal Property Law (Consol. Laws, c. 41) cannot be obtained by a third party proceeding supplementary to execution. See Kaphan v. Rogers Bros. Grocery Co., 169 App. Div. 63, 154 N. Y. Supp. 753. See, also, 89 Misc. Rep. 466, 152 N. Y. Supp. 584.

In re KNAPP & FRENCH, Inc. (Supreme Court, Appellate Division, First Department. October 15, 1915.) In the matter of Knapp & French, Incorporated. No opinion. Motion denied, without costs. Order filed. See, also, 155 N. Y. Supp. 1117.

In re KNAPP & FRENCH, Inc. (Supreme Court, Appellate Division, First Department. December 3, 1915.) Appeal from Special Term, New York County. In the matter of the application of Knapp & French, Incorporated, for voluntary dissolution. From an order granting a motion made by the receiver to enjoin Edward J. Knapp from interfering with possession of receiver, and from an order denying motion for reargument, said Edward J. Knapp appeals. Restraining order modified and affirmed, and order denying motion for reargument dismissed. See, also, 154 N. Y. Supp. 1129; 155 N. Y. Supp. 166. Edward J. Knapp, of New York City, for appellant. Simon T. Stern, of New York City, for respondent. PER CURIAM. The restraining order appealed from is modified, by striking out the last clause thereof, which orders the appellant, Knapp, within five days after service of a copy of the order, to pay to the temporary receiver all sums collected by him as rent of the premises owned by the above-named corporation, and, as so modified, affirmed, without costs. The appeal from the order denying motion for reargument is dismissed. Settle order on notice.

In re KNAPP & FRENCH, Inc. (Supreme Court, Appellate Division, First Department. November 12, 1915.) In the matter of Knapp & French, Incorporated. No opinion. Motion denied, with $10 costs. Order filed. See, also, 155 N. Y. Supp. 1117.

KNOWLES, Respondent, v. NEW YORK, N. H. & H. R. CO., Appellant. (Supreme